800 A.2d 928

**COMMONWEALTH of Pennsylvania, Appellant,**

v.

**Bart McCONLEY, Appellee.**

Supreme Court of Pennsylvania.

Submitted July 18, 2001.

Decided July 16, 2002.

Sally Katherine Kaye, Pittsburgh, for Com. of Pa.

S. Michael Streib, Pittsburgh, for Bart McConley.

Before: CAPPY, CASTILLE, NIGRO, NEWMAN, SAYLOR and EAKIN, JJ.

## *ORDER*

PER CURIAM.

The appeal is dismissed as having been improvidently granted.

Mr. Chief Justice ZAPPALA did not participate in the consideration or decision of this matter.

Mr. Justice NIGRO dissents.